Jason M. Ingber (SBN 318323)
Serach B. Shafa (SBN 358332)
Ingber Law Group
3580 Wilshire Blvd., Suite 1260
Los Angeles, California 90010 Telephone: (213) 805-8373
E-mail: ji@jasoningber.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACY ROSS, an individual<br><br>Plaintiff(s),<br>v.<br><br>HYUNDAI MOTOR AMERICA, a Delaware corporation; and DOES 1 through 10, inclusive;<br><br>Defendant(s). | CASE NUMBER<br>2:25-cv-01480-AH-BFM<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety. Dismissal without prejudice

☐ The Counterclaim brought by Claimant(s) ______________________ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) ______________________ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) ______________________ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) ______________________

______________________ is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by ______________________.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

April 22, 2026
*Date*

Jason Ingber
*Signature of Attorney/Party*

***NOTE:*** ***F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***

PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.

On April 22, 2026, True and correct copies of the foregoing document were served, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 22, 2026, at Los Angeles, California.

Jason Ingber

Jason M. Ingber, Esq.